994

No. 838, Misc. GRIFFIN v. CRAVEN, WARDEN. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, and *Edsel W. Haws* and *Daniel J. Kremer,* Deputy Attorneys General, for respondent.

No. 865, Misc. STEWART v. BREWER, WARDEN. Sup. Ct. Iowa. Certiorari denied. *Richard C. Turner,* Attorney General of Iowa, and *Michael J. Laughlin,* Assistant Attorney General, for respondent.

No. 942, Misc. COCKRELL v. CARTER. C. A. 9th Cir. Certiorari denied. *Burton Marks* for petitioner. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Rose-Marie Gruenwald,* Deputy Attorney General, for respondent.

No. 1045, Misc. CONWAY ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Kirby W. Patterson,* and *Jerome M. Feit* for the United States.

No. 1092, Misc. PEARSON ET AL. v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. *Phillip A. Hubbart* for petitioners. *Earl Faircloth,* Attorney General of Florida, and *Harold Mendelow* and *Arden M. Siegendorf,* Assistant Attorneys General, for respondent.

No. 1159, Misc. WYNN v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.